**Exhibit A to the Complaint**

**Location:** Chicago, IL  **IP Address:** 67.173.15.69
**Total Works Infringed:** 27  **ISP:** Comcast Cable

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | B4D0B97697D81B77AF5C415F0FBD3CB27BB6CA03 | 03/31/2025 23:08:57 | Vixen | 06/04/2021 | 06/24/2021 | PA0002303620 |
| 2 | B20991EE471102752AA07BA8865EF23009B0E5E9 | 02/11/2024 20:43:48 | Blacked | 02/10/2024 | 03/11/2024 | PA0002459130 |
| 3 | 2E5A9D452C6F73714EAABC646640C11AF580B304 | 12/29/2023 00:33:03 | Vixen | 11/17/2023 | 12/13/2023 | PA0002445433 |
| 4 | D72C679FC63ED88F719A8CEA3534C7FCE911DF49 | 11/26/2023 18:21:40 | Blacked Raw | 07/24/2023 | 08/17/2023 | PA0002425531 |
| 5 | 5F1C6E9BC2CECE66C644D8D6E8F7FD1EF31151A9 | 11/14/2023 01:01:32 | Vixen | 11/10/2023 | 12/13/2023 | PA0002445427 |
| 6 | 2D0BA817186DBE2518041E588B1FF59D9F6CE228 | 10/23/2023 14:29:37 | Vixen | 10/20/2023 | 12/05/2023 | PA0002443587 |
| 7 | 0AE9B160D36E7D61C82F02E9C06C16847CAEFBF0 | 09/04/2023 19:24:50 | Blacked | 09/02/2023 | 09/18/2023 | PA0002430909 |
| 8 | F1D2C16CD90697A9CDFA83BB3EB619666C4C70F9 | 09/04/2023 19:19:59 | Blacked Raw | 09/04/2023 | 09/17/2023 | PA0002430908 |
| 9 | 03B2808DC4C90F47AC471F30018F92E8A64F12AE | 07/31/2023 19:59:26 | Blacked | 07/30/2023 | 08/17/2023 | PA0002425764 |
| 10 | 86F66EFB32F4F3D5938AC635BC15B254E8116C94 | 07/27/2023 01:15:33 | Blacked | 07/22/2023 | 08/17/2023 | PA0002425765 |
| 11 | C6D89A14439B65845B858939EABB7075820E2B1D | 05/26/2023 22:07:36 | Blacked | 04/16/2022 | 04/23/2022 | PA0002346424 |
| 12 | 25BB736475DB18C804D23B6C8888A5CA4BC9F352 | 05/11/2023 04:10:29 | Vixen | 02/28/2018 | 04/17/2018 | PA0002116071 |
| 13 | B01AD269B921E6EF4954851DDF1CBE6A5911064E | 05/08/2023 01:08:08 | Vixen | 04/15/2022 | 04/23/2022 | PA0002346429 |
| 14 | F8FBC36D824DEAFA3B0065D6F5B56870A30EE4DD | 04/17/2023 18:09:52 | Vixen | 04/14/2023 | 05/15/2023 | PA0002411265 |
| 15 | 4D347C3B922537DECA1E7D90591BCF15F763E318 | 04/11/2023 00:43:48 | Blacked | 04/08/2023 | 05/15/2023 | PA0002411276 |
| 16 | 60BCCBB0AC4CBFF8FF0BA4FCBD32E5FA3BAADD16 | 03/27/2023 22:19:28 | Vixen | 03/24/2023 | 04/10/2023 | PA0002405937 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | FF79E9DFC700B8931D11F713C9E9B2370FE2E0E1 | 03/14/2023 00:42:44 | Vixen | 03/10/2023 | 04/09/2023 | PA0002405759 |
| 18 | 1DBCF8D2F535B0F1D3C3A6A6180B09F4364BCF1A | 03/14/2023 00:39:15 | Vixen | 01/15/2021 | 02/02/2021 | PA0002280500 |
| 19 | 4E94ED79494685938C1A0B5F42BCD1C30F137C0D | 02/27/2023 00:42:36 | Blacked | 01/20/2020 | 02/04/2020 | PA0002225586 |
| 20 | 2120DFD96A20E8509A3633E7094AB1671FAC7067 | 02/14/2023 01:07:37 | Vixen | 02/10/2023 | 03/08/2023 | PA0002400313 |
| 21 | 7B11BA69F27F378CD043AE744B7220E3B1C83672 | 02/14/2023 00:58:07 | Blacked Raw | 02/08/2023 | 03/06/2023 | PA0002399990 |
| 22 | E26CBC5FCF1404C17A1BD92E6623910B3B9698CE | 02/02/2023 00:55:52 | Vixen | 06/26/2020 | 08/03/2020 | PA0002259094 |
| 23 | CF38C8F975E28B97D557ECAD87A80286BF334D05 | 01/26/2023 09:32:41 | Blacked | 07/24/2021 | 09/21/2021 | PA0002312682 |
| 24 | 2AA08A9659D3253B9DA04A8BA71ABBB9DAE10FCD | 01/26/2023 09:08:23 | Vixen | 03/19/2021 | 04/14/2021 | PA0002286735 |
| 25 | 30E07E2124EB9681F8D0DABF9E2121927302FD72 | 01/26/2023 08:58:51 | Vixen | 10/29/2021 | 11/11/2021 | PA0002321280 |
| 26 | 60E66DA223576A6C7873FA0EECC9AB2B1F7E5C2C | 01/21/2023 05:18:19 | Vixen | 12/04/2020 | 01/04/2021 | PA0002277036 |
| 27 | 88DEE49E165E812CD294E8008E656412E3CE4605 | 01/21/2023 04:27:47 | Blacked Raw | 09/11/2022 | 10/05/2022 | PA0002373951 |